# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

**FILED**

Jun 08 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ s/ kennethm _____ DEPUTY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Roger T. Benitez

FROM:  T. Hernandez, Deputy Clerk _____      RECEIVED DATE:  6/8/2015

CASE NO.   14cv2797-BEN-WVG _____      DOC FILED BY:   Judy Anne Mokovitz

CASE TITLE:    Mikovits v. Whittemore Peterson Institute, The

DOCUMENT ENTITLED:   Request for Continuance

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☒ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | Document not filed electronically.  Notice of Noncompliance already issued. |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules / Documents are not timely |
| ☒ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | Missing Proof of Service |

**Date Forwarded:   6/8/2015**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to CivLocal Rule 83.1

Date: 6/8/2015 _____      CHAMBERS OF:  Honorable Roger T. Benitez

cc: All Parties                    By:   s/Clerk