Judy Anne Mikovits, *Pro Se*
140 Acacia Ave. #5
Carlsbad, CA 92008
(805) 797-6967
jamikovits@me.com

**FILED**

Jun 08 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ kennethm     DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Judy Anne Mikovits,<br><br>       Plaintiff,<br><br>vs.<br><br>Whittemore Peterson Institute, The<br><br>       Defendant. | Case No.: 3:14-cv-02797-BEN-WVG<br><br>REQUEST/APPLICATION FOR CONTINUANCE OF TIME TO AMEND AND SERVE COMPLAINT BASED UPON GOOD CAUSE PURSUANT TO FRCP RULE 4(m); AFFIDAVIT OF PRO SE PLAINTIFF JUDY ANNE MIKOVITS IN SUPPORT THEREOF<br><br>Hearing Date: June 15, 2015<br>Time:         10:30 a.m.<br>Courtroom:    5A<br><br>The Honorable Roger T. Benitez |

Please take notice that this matter is currently scheduled for hearing on June 15, 2015 before the Honorable Roger T. Benitez "FOR DISMISSAL FOR WANT OF PROSECUTION." *Pro Se* Plaintiff Judy Anne Mikovits herby requests that this date be continued based upon her Affidavit, attached hereto, which makes a showing of good cause for the continuance herein sought, as is permitted under Federal Rules of Civil Procedure Rule 4(m).

This request is based upon the attached Affidavit of Judy Anne Mikovits, and upon such oral testimony given at the hearing of this matter should her presence be deemed necessary by the Court.

## AFFIDAVIT OF JUDY ANNE MIKOVITS

COMES NOW, Judy Anne Mikovits, and swears as follows:

1. I am the plaintiff in the within action.
2. All statements made herein are true and based upon my personal knowledge and information.
3. I filed this action *Pro Se* on November 24, 2014.
4. I have not requested nor have any prior requests for continuances been made or granted. I have also not amended the complaint in this matter.
5. I have not been able to meet and confer with the other side about this request, because to date, I have not been able to serve them, and as such have no person at the Institute with whom I can communicate.
6. I am currently plaintiff to an action pending in the United States District Court for the Central District of California, Case Number 2:14-cv-08909-SWV-PLA. That matter is scheduled for a hearing on a Motion to Dismiss filed by all Defendants on June 15, 2015 at 1:30 PM before Judge Stephen V. Wilson, Courtroom Number 6, 312 North Spring Street, Los Angeles, CA 90012-4701. I, along with my attorneys in that action, deem my presence at that hearing extremely important.
7. As such, being present at the hearing in the instant matter scheduled for 10:30 p.m. on that same date would be extremely difficult, if not impossible.
8. For the reasons explained below, I have been unable to effect service on the Defendant in the instant action to date.
9. As of the date I filed this action *Pro Se*, I was under the belief that I was to be represented by the Employment Law Group, a law firm head-quartered in Washington, D.C. They told me that they would represent me in a letter dated November 26, 2014. They were to substitute in, and instructed me not to serve the complaint until they were able to do so.

10. On or about March 9, 2015, for reasons known only to them, the above described law firm determined that they could not or would not represent me. At that time, they told me that I should not serve the complaint until I had met with the FBI and/or Department of Justice to report my False Claims Act allegations.

11. I met with the FBI on or about May 7, 2015 in the hopes they would pursue my False Claims Act allegations against the entities/individuals who have wronged me.

12. Because of the size and complexity of this case, it has been difficult to locate an attorney or attorneys who are willing to represent me in this matter. Additionally, this action is against very affluent, well known, politically connected entities and individuals located in Nevada and Ventura County, California. This has made finding attorneys to sign on and help me in this law suit extremely difficult.

13. Since The Employment Law Group withdrew from representing me on or about March 8, 2015, I have aggressively sought out an attorney and/or attorneys to represent me in this matter. I have numerous friends and clients who are attorneys. They too, have attempted to locate an attorney/attorneys to represent me. I estimate that I, or individuals on my behalf, have spoken with approximately twenty (20) different attorneys/law firms about representing me in this matter. To date, I have been unable to locate counsel.

14. The instant lawsuit, and the lawsuit (described above) currently pending in the Central District of California are all related to the same set of facts. Those same set of facts resulted in criminal charges being brought against me in Ventura County, California and in Reno, Nevada. Those charges were dismissed without prejudice. I believe that those criminal charges were unlawful, and am therefore fighting them vigorously. The criminal

case and the Central District of California federal case, along with my search for an attorney for the instant case, have further complicated my efforts to amend and serve the complaint herein.

15. I believe good cause exists for the brief continuance I am seeking. I am therefore seeking a continuance of sixty (60) days so that I can amend the complaint and then effectuate service of the amended complaint.

16. Because of the above described conflict, I would prefer not to be required to attend the hearing in this matter scheduled for June 15, 2015. However, if the Court deems it necessary, I will do whatever is necessary (including sending someone in my stead, or appearing by telephone) to comply with the Court's wishes.

I make this affidavit freely and sign under the Pains and Penalty of Perjury.

Dated: June 8, 2015

Judy Anne Mikovits - Affiant

REQUEST FOR CONTINUANCE; AFFIDAVIT OF JUDY ANNE MIKOVITS