Robert J. Liskey
The Liskey Law Firm
1308 East Colorado Blvd., #232
Pasadena, CA 91106
Telephone: 626-319-5817
robliskey@liskeylawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Judy Ann Mikovits,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Whittemore Peterson Institute, The<br><br>　　　　Defendant. | Case No.: 3:14-cv-02797-BEN-WVG<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF/RELATOR JUDY ANNE MIKOVITS TO HAVE CONCURRENTLY FILED AMENDED COMPLAINT PLACED UNDER SEAL**<br><br>**The Honorable Roger T. Benitez** |

PLEASE TAKE NOTICE that Plaintiff/Relator Judy Anne Mikovits hereby moves the Court to have her concurrently filed First Amended Complaint filed under seal.

This motion will be based on the attached Memorandum of Points and Authorities, as well as U.S. Code Section 3730(b)(2) which permits and requires civil actions for false claims (as here) to be filed under seal.

Dated: 7/27/15　　　　　　　　　　　　　　　　_/s/ Robert J. Liskey_
　　　　　　　　　　　　　　　　　　　　　　Robert J. Liskey
　　　　　　　　　　　　　　　　　　　　　　Attorney for Relator Judy
　　　　　　　　　　　　　　　　　　　　　　Anne Mikovits